COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| ELIZABETH BURNS, | § | |
| Appellant, | § | No. 08-10-00194-CV |
| | § | |
| v. | § | Appeal from |
| | § | |
| CORONADO ENERGY E&P | § | 79th District Court |
| COMPANY, LLC., | § | |
| | § | of Jim Wells County, Texas |
| Appellee. | § | |
| | | (TC # 08-06-47106-CV) |

**MEMORANDUM OPINION**

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because Appellant no longer desires to prosecute the appeal. We grant the motion and dismiss the appeal with prejudice. Costs are assessed against the party incurring them. *See* TEX.R.APP.P. 42.1(d).


September 29, 2010

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.